IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Lawson, Deborah A | Case Number: 04 B 08538 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/7/08 | Filed: 3/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 28, 2008
Confirmed: April 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,900.00 | |
| Secured: | | 9,332.59 |
| Unsecured: | | 1,561.40 |
| Priority: | | 0.00 |
| Administrative: | | 2,250.00 |
| Trustee Fee: | | 755.93 |
| Other Funds: | | 0.08 |
| Totals: | 13,900.00 | 13,900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,800.00 | 1,800.00 |
| 2. | Robert J Semrad & Associates | Administrative | 450.00 | 450.00 |
| 3. | Americredit Financial Ser Inc | Secured | 9,332.59 | 9,332.59 |
| 4. | Card Processing Center | Unsecured | 757.67 | 757.67 |
| 5. | ECast Settlement Corp | Unsecured | 55.55 | 55.55 |
| 6. | Americredit Financial Ser Inc | Unsecured | 748.18 | 748.18 |
| 7. | Lawson, Deborah A | Unsecured | 302.94 | 0.00 |
| 8. | Bank One | Unsecured | | No Claim Filed |
| 9. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 10. | MCI Residential | Unsecured | | No Claim Filed |
| 11. | Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 12. | Sunrise Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,446.93 | $ 13,143.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 38.85 |
| 4% | 55.20 |
| 6.5% | 133.86 |
| 3% | 10.35 |
| 5.5% | 203.24 |
| 5% | 34.50 |
| 4.8% | 28.56 |
| 5.4% | 251.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Lawson, Deborah A

Printed:  10/7/08

Case Number:  04 B 08538
Judge:  Wedoff, Eugene R
Filed:  3/4/04

_____
$ 755.93

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____